

| RANDY JOHNSTON | ROBERT L. TOBEY | COYT JOHNSTON, JR. |
|---|---|---|
| BOARD CERTIFIED | BOARD CERTIFIED | MEMBER OF THE COLLEGE |
| IN CIVIL TRIAL LAW | IN CONSUMER LAW | OF THE STATE BAR OF TEXAS |
| (214) 741-6250 | (214) 741-6251 | (214) 217-4294 |
| randy@jtlaw.com | rltobey@jtlaw.com | cjohnston@jtlaw.com |

July 21, 2015

**<u>Via ECF</u>**
Honorable Jesse M. Furman, U.S.D.J.
United States District Judge
Southern District of New York
40 Centre Street, Room 2201
New York, N.Y. 10007

      Re:    *Matthew Bissonnette v. Kevin Podlaski et al.*
              Case No.: 1:14-cv-08810
              Notice of re-filing of Second Amended Complaint without Social Security Number

Dear Judge Furman:

Your Clerk notified us that our client's Social Security number is shown on Exhibit 3 to Plaintiff's Second Amended Complaint (Document 29-1) filed on February 27, 2015. The ECF clerk sealed that exhibit. We also discovered that Exhibit 1 to the First Amended Complaint (Document 4-1) contains our client's Social Security number. Again, the ECF clerk sealed that exhibit.

We were advised by your Clerk to refile the Second Amended Complaint with the Social Security number redacted. We have done so, and no other changes were made to the Second Amended Complaint.

Please have your Clerk contact me if there are any questions regarding this matter.

                            Sincerely,

                            /s/ Robert L. Tobey

                            Robert L. Tobey